UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

ALEKSANDR KOGAN,

                Plaintiff,

- against -

FACEBOOK, INC., PAUL GREWAL, ALEX STAMOS, and MARK ZUCKERBERG,

                Defendants.

Case No. 19-cv-2560 (PAE)

**CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL**

---

    I, Orin Snyder hereby certify that on March 21, 2019, Defendant Facebook, Inc. ("Facebook"), filed with the Supreme Court of the State of New York, New York County, a Notice of Filing of Notice of Removal to Federal Court, attaching a copy of the file-stamped Notice of Removal of the above-captioned action to federal court (collectively, the "Notice of Filing").

    I further certify that on March 22, 2019, true and correct copies of the: 1) Notice of Removal (with Exhibit A), dated 3/21/19;  2) Civil Cover Sheet, dated 3/21/19; 3) Defendant Facebook, Inc.'s Rule 7.1 Corporate Disclosure Statement, dated 3/21/19;  4) Notice of Appearance by Alexander H. Southwell, dated 3/21/19; 5) Notice of Appearance by Amanda M. Aycock, dated 3/21/19;  6) Notice of Appearance by Lee R. Crain, dated 3/21/19;  7) Motion to Admit Joshua S. Lipshutz Pro Hac Vice, dated 3/21/19;  8) Declaration of Joshua S. Lipshutz, dated 3/21/19 with Exhibits A-C;  9) Proposed Order granting Joshua S. Lipshutz admission Pro Hac Vice; 10) Electronic Case Filing Rules & Instructions; 11) District Judge Paul A. Engelmayer's Individual Rules and Practices in Civil Cases; and 12) Magistrate Judge Ona T. Wang's Individual Rules and Practices in Civil Cases, were caused to be served via Federal Express overnight delivery service upon:

Pollock Cohen LLP
60 Broad Street, 24th Floor
New York, New York 10004

*Counsel for Plaintiff Aleksandr Kogan*

Dated: New York, New York
March 22, 2019

/s/ Orin Snyder