UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEKSANDR KOGAN,

                              Plaintiff,

             -v-

FACEBOOK, INC., et al.,

                            Defendants.
------------------------------------------------------------------X

19 Civ. 2560 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court hereby adjourns the initial pretrial conference scheduled for October 4, 2019. The Court will issue an order rescheduling the conference if and once Defendants are served and file a notice of appearance.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 14, 2019
       New York, New York